# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00415-CV

**Eleanor Powell, Individually and as Independent Executor for the Estate of Jay Frank Powell, Appellant**

**v.**

**4646 Rockcliff Road Land Trust, Kenneth A. Kalinoski, and Jean M. Kalinoski, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-19-001809, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Eleanor Powell, individually and as independent executor for the Estate of Jay Frank Powell, has filed an emergency motion to stay execution of final judgment and ruling. *See* Tex. R. App. P. 24.4(a), (c). We grant the motion and temporarily stay the trial court's August 7, 2020 final judgment and September 2, 2020 ruling, pending the Court's review of Powell's motion to review the probate court's September 2 ruling requiring her to post a supersedeas bond.

It is ordered on September 11, 2020.

Before Chief Justice Rose, Justices Baker and Kelly